# EXHIBIT A

# ALSTON & BIRD

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

**Jenny Kramer**                    **Direct Dial: 212-210-9420**                    **Email:  jenny.kramer@alston.com**

December 19, 2025

**VIA EMAIL**

Christina Butler
Chief, FOIA/PA Unit
Criminal Division
Department of Justice
950 Constitution Ave., NW
Washington, DC 20530-0001
Email: crm.foia@usdoj.gov

Dear Ms. Butler:

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of SGO Corporation, Ltd. to the Department of Justice ("DOJ"), including but not limited to the Office of the Attorney General, the Office of the Deputy Attorney General, the Criminal Division in Washington, D.C. and the U.S. Attorney's Office for the Southern District of Florida.  I request access to copies of the following documents:

1. Non-privileged communications, including but not limited to records of telephone calls, records of video teleconferences, and email correspondence and attachments, sent or received by any DOJ official, employee, agent, contractor, or other affiliated person concerning any civil litigation between Smartmatic USA Corporation and Fox Corporation or any of its parents, subsidiaries, or affiliates, including but not limited to the New York Supreme Court case bearing Index No. 151136/2021, pending in the County of New York, and all related appellate litigation.  This request includes communications and documents related to any advocacy, attempted advocacy, meeting requests, and information sharing by any party or its representatives.

2. Non-privileged communications, including but not limited to records of telephone calls, records of video teleconferences, and email correspondence and attachments, sent or received by any DOJ official, employee, agent, contractor, or other affiliated person concerning any civil litigation between Smartmatic USA Corporation and NewsMax Media, Inc. or any of its parents, subsidiaries, or affiliates, including but not limited to the Delaware Superior Court case bearing Case No. N21C-11-028 EMD and all related appellate litigation.  This request includes communications and documents related to any advocacy, attempted advocacy, meeting requests, and information sharing by any party or its representatives.

3. Non-privileged communications, including but not limited to records of telephone calls, records of video teleconferences, and email correspondence and attachments, sent or

received by any DOJ official, employee, agent, contractor, or other affiliated person concerning any civil litigation between Smartmatic USA Corporation and Herring Networks Inc. or any of its parents, subsidiaries, or affiliates, including but not limited to the United States District Court for the District of Columbia case bearing Case No. 1:21-cv-02900 and all related appellate litigation. This request includes communications and documents related to any advocacy, attempted advocacy, meeting requests, and information sharing by any party or its representatives.

4. Non-privileged communications, including but not limited to records of telephone calls, records of video teleconferences, and email correspondence and attachments, sent or received by any DOJ official, employee, agent, contractor, or other affiliated person concerning any civil litigation between Smartmatic USA Corporation; Michael J. Lindell; and My Pillow, Inc. or any of its parents, subsidiaries, or affiliates, including but not limited to the United States District Court for the District of Minnesota case bearing Case No. 0:22-cv-00098 and all related appellate litigation. This request includes communications and documents related to any advocacy, attempted advocacy, meeting requests, and information sharing by any party or its representatives.

5. Communications, including but not limited to records of telephone calls, records of video teleconferences, and email correspondence and attachments, between (a) any DOJ official, employee, agent, contractor, or other affiliated person, and (b) any party or any representative of any party to any of the civil lawsuits identified *supra* in Requests 1–4, concerning any criminal investigations, prosecutions, or litigation related to Smartmatic USA Corporation and/or its affiliates, parent companies, subsidiaries, employees, or agents. This request includes any attempts to share, request, or obtain information, evidence, or purported evidence related to such investigations, prosecutions, or litigation, as well as any related advocacy, attempted advocacy, meeting requests, or information sharing by any party or party representative.

6. All documents, including but not limited to non-privileged communications with any person or entity, including any government official, employee, agent, contractor, or other agency-affiliated person, describing, summarizing, or referring to any of the communications, litigations, or subject matters identified in Requests 1–5.

I am not seeking this information for commercial use. I agree to pay any applicable processing fees up to $200; please inform me if the estimated fees will exceed this limit before processing my request.

If this request is denied in whole or in part, please justify all such denials by reference to specific exemptions and provide an explanation of why DOJ "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8). Please also ensure all segregable portions of otherwise exempt materials are released.

If you have any questions concerning this request, please contact me via email at jenny.kramer@alston.com. I look forward to your determination within 20 working days of this request, as required by law. Thank you for your assistance with this matter.

Sincerely,

*Jenny Kramer*

3